JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SALAZAR, | Case No. CV 19-08138 PA (SSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| RAPHAEL T. KING, et al., | |
| Defendants. | |

In accordance with the Court's February 23, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: February 23, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE